

USDC DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MORGAN D. KUNZ
Assistant Corporation Counsel
Phone: (212) 788-0422
Fax: (212) 788-9776
mkunz@law.nyc.gov

April 8, 2008

**BY HAND**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Anthony Harris v. City of New York, et. al.;
07 Civ. 6939 (SAS)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, in the above referenced matter. Defendant respectfully requests that its time to respond to the amended complaint in this action be extended for forty-five days from April 9, 2008 to May 27, 2008. Plaintiff is incarcerated and proceeding *pro se*, I have been unable to confer with him in regard to this request, and accordingly this application is made directly to the Court.

      Plaintiff bring claims in regard to two separate incidents. Plaintiff alleges that on January 26, 2007, he was falsely arrested and unlawfully searched by New York City police officers. Plaintiff further alleges that the officers discarded $165 worth of his property, that his handcuffs were excessively tight, and that he was denied medical treatment. Plaintiff also brings claims in regard to an incident that occurred on April 13, 2007. Plaintiff alleges that while he was being processed for an arrest, that one of the officers involved in the January 26 incident recognized him. Plaintiff claims that after he was recognized, he was unlawfully strip searched and subjected to excessive force. Plaintiff alleges that he was again denied medical care. While plaintiff failed to indicate the outcome of criminal charges brought against him as a result of the incidents described in the amended complaint, on information and belief, plaintiff pled guilty to charges stemming from both incidents.

      An enlargement of time will give this office an opportunity to investigate the allegations of the amended complaint in accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure. As noted above, plaintiff alleges false arrest, deprivation of property, excessive force, denial of medical care, and an unlawful strip-search. Accordingly, it is necessary for our office to acquire as much information as possible concerning this matter in order to properly assess the case and respond to the amended complaint. As

*Defendants' time to respond is extended to and including May 27, 2008. This will not affect the scheduling of the initial conference. So Ordered. [signature] 4/9/08*

plaintiff alleges that he sustained injuries as result of the incidents described in the amended complaint, it is necessary for our office to obtain plaintiff's medical records from the period in question. This office sent plaintiff a medical release on March 20, 2008, but has not yet received an executed release from plaintiff. Such a release is necessary for our office to obtain the medical records pertaining to plaintiff's alleged injuries and treatment.

No previous request for an extension has been made in this action. Accordingly, defendant respectfully request that its time to respond to the amended complaint be extended from April 9, 2008, until May 27, 2008.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Morgan D. Kunz
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Anthony Harris
       #241-07-17993
       AMKC
       18-18 Hazen Street
       East Elmhurst, NY 11370 (Via First Class Mail)